# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2021

162378

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

        SC: 162378
        COA: 349339
        Oakland CC: 2016-155982-AR

JOSEPH POWELL FEENEY,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 22, 2020 judgment of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

     The application for leave to appeal remains pending.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2021



b0706

Clerk